NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000784
11-AUG-2017
11:11 AM

NO. CAAP-16-0000784

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


BRIAN E. BENNETT and DEBRA S. BENNETT,
Plaintiffs/Appellees/Cross-Appellants,
v.
SAMUEL JONG HOON CHUNG and LINDA HYUNKONG CHUNG,
Defendants/Appellants/Cross-Appellees,
and
DOES 1-10 and DOE ENTITIES 1-10,
Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-0882)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Order Dismissing Appeal for Lack of Appellate Jurisdiction, filed on August 8, 2017, is hereby corrected as follows:

On pages 4 and 5, all references to the date of the Judgment should be corrected from April 6, 2016 to April 6, 2015.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, August 11, 2017.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Fujise and Chan, JJ.